```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :
                                :
MIGUEL GUERRERO,                :
   a/k/a "Luis Noel Torres      :
Rosa,"                          :
   a/k/a "Jose Melo,"           :
   a/k/a "Papi,"                :
   a/k/a "Tio,"                 :
   a/k/a "Carlos,"              :
REUBEN ALVAREZ,                 :
   a/k/a "Dae,"                 :
   a/k/a "Estos Brown,"         :
ALFRED GLOVER,                  :
   a/k/a "James,"               :
   a/k/a "Broadway," and        :
DOUGLAS BOND,                   :
   a/k/a "Moe,"                 :
                                :
              Defendants.       :
                                :
- - - - - - - - - - - - - - - - x
```

ORIGINAL

ORDER

S1 07 Cr. 248 (RJH)



        WHEREAS, the above-captioned indictment was returned on March 30, 2007, and, upon application of the Government, ordered to be filed under seal; and

        WHEREAS ALFRED GLOVER, the defendant, was arrested earlier today; and

        WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as S1 07 Cr. 248 (RJH) be unsealed.

Dated: New York, New York
       April 11, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK


DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIGUEL GUERRERO,
a/k/a "Luis Noel Torres Rosa,"
a/k/a "Jose Melo,"
a/k/a "Papi,"
a/k/a "Tio,"
a/k/a "Carlos,"
REUBEN ALVAREZ,
a/k/a "Dae,"
a/k/a "Estos Brown,"
ALFRED GLOVER,
a/k/a "James,"
a/k/a "Broadway," and
DOUGLAS BOND,
a/k/a "Moe,"

                                    Defendants.

## ORDER

S1 07 Cr. 248 (RJH)

MICHAEL J. GARCIA
United States Attorney.