UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v-

MIGUEL GUERRERO,
  a/k/a "Luis Noel Torres Rosa,"
  a/k/a "Jose Melo,"
  a/k/a "Papi,"
  a/k/a "Tio,"
  a/k/a "Carlos,"
REUBEN ALVAREZ,
  a/k/a "Dae,"
  a/k/a "Estos Brown,"
ALFRED GLOVER,
  a/k/a "James,"
  a/k/a "Broadway,"
DOUGLAS BOND,
  a/k/a "Moe," and
MARCUS GLOVER,
  a/k/a "Mike,"

       Defendants.

- - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO
21 U.S.C. § 853

S2 07 Cr. 248 (RJH)

RECEIVED JUL 25 2007
CHAMBERS OF
RICHARD J HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

      WHEREAS, the Government has moved for an Order authorizing the Government and its agencies to maintain custody of the property described below pending the conclusion of the above-referenced criminal case:

            One 2004 Red Honda Accord VIN #1HGCM72524A022554 seized on or about February 12, 2007 (the "Subject Property");

      WHEREAS, the Subject Property is already in the lawful custody of the Government; and

      WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property

throughout the pending criminal case so that it will be available for forfeiture; and

WHEREAS, the Subject Property is alleged to be forfeitable to United States as property involved in illegal narcotics trafficking pursuant to Section 853 of Title 21, United States Code; and

WHEREAS, Section 853(e)(1) of Title 21, United States Code, authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug Enforcement Administration and/or the U.S. Marshals Service, are authorized to maintain and preserve the Subject Property until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated:   New York, New York
         July 26, 2007

                                    SO ORDERED:

                                    _____
                                    HONORABLE RICHARD J. HOLWELL
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK