```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

## LAW OFFICES OF NEIL B. CHECKMAN

October 26, 2007



RECEIVED
OCT 26 2007

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
**By Facsimile**

Re: **United States v. Alfred Glover, et al.**
    **07 Cr. 248 (RJH)**

Dear Judge Holwell:

I write to inform the Court of the results of a conference between counsel and Mr. Alfred Glover, conducted at the request of the Court after the court appearance this date.

After conferring with Mr. Glover, we have jointly agreed that it would be in the best interests of Mr. Glover if the Court would appoint new counsel to replace me. Of course, counsel will arrange to transfer the file to the newly-appointed attorney.

I have been advised by your deputy clerk that Friday, November 9, 2007 at 10:00 a.m. is a date and time convenient to the Court's schedule.

Thank you for considering this application.

So Ordered.

Very truly yours,

*Neil B. Checkman*

Neil B. Checkman

/NBC
cc: A.U.S.A. Ariana Berg (By facsimile)
    Mr. Alfred Glover (By regular mail)