**Criminal Memo to the Docket Clerk**
-------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

| | |
|---|---|
| UNITED STATES of AMERICA | 2007 CRIM. 00248 - 03 (RJH) |
| - VS - | DATE : 11 / 09 / 07 |
| ALFRED GLOVER | HON: RICHARD J. HOLWELL<br>U.S.D.J. |

**( 1. ) FOR THE GOVERNMENT :**
**Arianna Berg**
Asst. U. S. Attorney
One St. Andrews Plaza
New York, N.Y. 10007
Tel: ( 212 637- 2551 )
Fax: ( 212 637- 0000 )

**( 1. ) FOR THE DEFENDANT : GLOVER**
**Neil B. Checkman**
Law Office of Neil B. Checkman
111 Broadway ( ste 1305 )
New York, N.Y. 10006
Tel: ( 212 264- 9940 )
Fax; ( 212 346- 4665 )

**( 1. ) FOR THE DEFENDANT : GLOVER**
**Robert Soloway**
Rothman, Schneider, Soloway & Stern, L.L.P.
100 Lafayette Street ( ste 501 )
New York, N.Y. 10013
Tel: 212-571-5500
Fax: 212-571-5507

11 / 09 / 07          **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

Present retained counsel Neil Checkman is relieved, and New CJA counsel Robert Soloway is appointed as new counsel for the defendant.

SO ORDERED :
New York, New York
November 09, 2007

_____
Richard J. Holwell U.S.D.J.