UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

------------------------------------------------------------x

UNITED STATES of AMERICA,   :   07 Cr. 00248 (RJH)
    :
    :
-against-   :   **ORDER**
    :
MIGUEL GUERRERO, et al,   :
    :
    :
              Defendant.   :
    :
------------------------------------------------------------x

The status pre-trial conference scheduled for **February 22, 2008 is rescheduled to Wednesday February 20, 2008, at 11:30 a.m.**, in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 30, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge