

**WINSTON LEE**
**ATTORNEY AT LAW**
20 VESEY STREET ~ SUITE 400
NEW YORK, NEW YORK 10007
—
Tel. (212)267-1911
Fax. (212)964-2926

March 3, 2008

BY FAX ONLY (212) 805-7948

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

Re: United States v. Miguel Guerrero, et al.
    07 Cr. 248 (RJH)

Dear Judge Holwell:

I represent Marcus Glover, a defendant in the above-referenced matter.

This letter will confirm that, at the request of all defendants, and with the consent of Assistant U. S. Attorney Arianna R. Berg, the status conference for this matter has been adjourned from the previously scheduled date of March 10, 2008, to the **new date of April 2, 2008 at 4:30 PM.**

The new date was selected after conferring with Your Honor's Courtroom Deputy, Mr. William Donald.

Finally, all defendants consent to the exclusion of time for this adjournment under the Speedy Trial Act.

Respectfully submitted,

WINSTON LEE

*[Handwritten note:]* Conference adjourned to 4/2/08 at 4:30. Time is excluded under the STA to permit defendants and their counsel to prepare a proper defense. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and public in a speedy trial. SO ORDERED [signature] USDJ 3/10/08

Honorable Richard J. Holwell  
March 3, 2008  
Page (2) Two

United States v. Miguel Guerrero, et al.  
07 Cr. 248 (RJH)

cc: **By E-mail Only**

Arianna R. Berg, Esq.  
Assistant U.S. Attorney  
Southern District of New York

Lloyd Epstein, Esq.  
Attorney for Miguel Guerrero

Jeffrey G. Pittell, Esq.  
Attorney for Ruben Alvarez

Robert Soloway, Esq.  
Attorney for Alfred Glover

Ellyn I. Bank, Esq.  
Attorney for Douglas Bond

Nancy Ennis, Esq.  
Attorney for Victor Tavares