```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
         v.                   :    S4 07 Cr. 248  (RJH)
                              :
ALFRED GLOVER,                :
     a/k/a "James,"           :
     a/k/a "Broadway,"        :
                              :
                 Defendant.   :
                              :
- - - - - - - - - - - - - - - X
```

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

```
                              _____
                              ALFRED GLOVER
                              Defendant

                              _____
                              Witness

                              _____
                              Robert Soloway, Esq.
                              Counsel for Defendant
```

Date:  New York, New York
    July 1, 2008

0202