```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

     -v-                        :      INFORMATION

ALFRED GLOVER,                  :
     a/k/a "James,"
     a/k/a "Broadway,"          :
                                       S4 07 Cr. 248 (RJH)
          Defendant.            :

- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 01 2008

## COUNT ONE

The United States Attorney charges:

1. From at least in or about September 2005, up to and including in or about December 2006, in the Southern District of New York and elsewhere, ALFRED GLOVER, a/k/a "James," a/k/a "Broadway," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Sections 1956(a)(1)(B)(i) of Title 18, United States Code.

2. It was a part and an object of the conspiracy that ALFRED GLOVER, a/k/a "James," a/k/a "Broadway," the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to

wit, the proceeds of illegal narcotics transactions, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

### Forfeiture Allegation

3. As a result of committing the controlled substance offense alleged in Count One of this Information, ALFRED GLOVER, a/k/a "James," a/k/a "Broadway," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Information.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of ALFRED GLOVER, a/k/a "James," a/k/a "Broadway," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §982, to seek forfeiture of any other property of ALFRED GLOVER, a/k/a "James," a/k/a "Broadway," the defendant, up to the value of the above forfeitable property.

  (Title 18, United States Code, Section 982.)


*[signature]*
MICHAEL J. GARCIA
United States Attorney

July 1, 2008 Co Filed Waiver of Indictment and Superceded Information in S4 07 CR 248 (RJH) Deft. pres. w/atty: Robert Soloway. AUSA: Arianna Berg and Court Reptr. present. Deft. arraigned and pleads not guilty. Filed Consent To Proceed Before a USMJ on a Felony Plea Allocution. Deft withdraws his not guilty plea & pleads guilty as charged in S4 07 CR 248 (RJH). Mag. Judge Freeman recommends that Judge Holwell accept the proffered plea to the 1 count of the indictment in S4 07 CR 248. PSI Ordered. Sentence - control - Oct. 1, 2008. Deft. cont'd detained.

Freeman, USMJ